UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>    Defendant. | CASE NO. CR22-197 JLR<br><br>DETENTION ORDER |

Offense charged:    Forced Labor (2 counts); Transporting an Alien for Financial Gain (3 counts); Harboring an Alien for Financial Gain (3 counts); Bringing an Alien to the United States for Financial Gain (2 counts); Asset Forfeiture

Date of Detention Hearing:    March 30, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a native and citizen of Mexico. The government alleges defendant lacks status in this country. Defendant's criminal record includes immigration charges followed by removal. He was previously released on an appearance bond in this case following the filing of an Indictment charging the above-listed offenses. He now appears before this Court charged by Superseding Indictment with additional offenses, including charges of Forced Labor of two Adult Victims, and charges of Transporting an Alien, Harboring an Alien, and Bringing an Alien to the United States for Financial Gain involving two additional Adult Victims. These new charges carry substantial penalties. Defendant has strong ties to Mexico and has a number of prior illegal entry and re-entry charges.

2. Defendant poses a risk of nonappearance based on unknown immigration status, prior removals from the country, a lodged detainer, and financial and familial ties to Mexico. Defendant poses a risk of danger based on the nature of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 30th day of March, 2023.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3