**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE COURTHOUSE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JESUS RUIZ-HERNANDEZ, ) <br> ) <br> a/k/a CHRISTO JESUS ESCOBAR SOLARES, ) <br> ) <br> Defendant. ) | No. CR22-197JLR <br><br> ORDER OF WITHDRAWAL AND SUBSTITUTION OF ATTORNEY |

### ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

THIS MATTER having come on regularly for hearing this date upon motion of counsel, and the Court having reviewed the records and files and deeming itself to be fully advised in the premises, now, therefore, IT IS HEREBY ORDERED that

Sara Brin and Gregory Murphy of the Federal Public Defender's Office, are hereby withdrawn and substituted by attorney Gregory Scott Hoover who may enter his notice of appearance in this case.

Signed this 2 day of May, 2023

_____
Hon. James L. Robart
United States District Judge

ORDER OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL - 1

HOOVER LAW GROUP PLLC
1805 136th Place NE, #203
Bellevue, Washington 98005
(206) 613-3111

1 | Presented by:

2 | *[signature]*

3 |

4 | Gregory Scott Hoover
Attorney at Law
WSBA#28049

5 |

6 | Notice of Presentation Waived; Approved as to form:

7 |

8 |

9 | Sara Brin
Attorney at Law

10 |

11 | Notice of Presentation Waived; Approved as to form:

12 |

13 |

14 | Assistant U.S. District Attorney

15 |

ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

HOOVER LAW GROUP PLLC
1805 136th Place NE, #203
Bellevue, Washington 98005
(206) 613-3111