1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>Defendant. | CASE NO. CR22-0197JLR<br><br>MINUTE ORDER |

10

11

12

13

14

15   The following minute order is made by the direction of the court, the Honorable

16   James L. Robart:

17   Before the court are Defendant Jesus Ruiz-Hernandez's motions to continue trial

18   and to continue pre-trial deadlines.  (Trial Mot. (Dkt. # 75); Pre-Trial Mot. (Dkt. # 76).)

19   The motions will be ripe for consideration on September 6, 2023.  (*See id.*)  The court

20   reminds the parties to comply with the existing deadlines while Mr. Ruiz-Hernandez's

21   motions are pending.  W.D. Wash. Local Rules LCrR 12(b)(10); (*see* 8/1/23 Min. Order

22   (Dkt. # 65) (setting pretrial deadlines); W.D. Wash. Local Rules Appendix A.).

MINUTE ORDER - 1

1    Filed and entered this 23rd day of August, 2023.

2                                    RAVI SUBRAMANIAN
                                     Clerk of Court
3

4                                    s/ Ashleigh Drecktrah
                                     Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2