UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>        Defendant. | CASE NO. CR22-0197JLR<br><br>ORDER |

Before the court is Defendant Jesus Ruiz-Hernandez's motion for an extension of time to file motions *in limine*. (Mot. (Dkt. # 99).) Mr. Ruiz-Hernandez indicates that Plaintiff the United States of America (the "Government") does not oppose the motion. (*See id.*) Mr. Ruiz-Hernandez's submission violates this court's local rules, which require that a proposed order be filed alongside any pretrial motions. *See* Local Rules W.D. Wash. CrR 12(b)(1). Moreover, the local rules require a showing of "good cause" before leave is granted to file a motion past its due date, *see id.* CrR 12(c)(1), but Mr.

//

ORDER - 1

Ruiz-Hernandez fails to provide any justification for the requested extension (*see generally* Mot.).

Nevertheless, the court concludes that a one-day extension would not prejudice the Government. Accordingly, the court GRANTS Mr. Ruiz-Hernandez the requested one-day extension to file motions *in limine*. Mr. Ruiz-Hernandez shall file any motions *in limine* by no later than **December 7, 2023**. The Government shall have one (1) extra day to respond to any motions *in limine*, and Mr. Ruiz-Hernandez shall have one (1) extra day to file reply briefing in support of any motions *in limine*. The court advises counsel for Mr. Ruiz-Hernandez that it expects compliance with this district's local rules in the future and the failure to comply may result in the court denying or striking improper filings.

Dated this 7th day of December, 2023.

JAMES L. ROBART
United States District Judge