UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0197JLR |
| Plaintiff, | ORDER |
| v. | |
| JESUS RUIZ-HERNANDEZ, | |
| Defendant. | |

Before the court is Defendant Jesus Ruiz-Hernandez's *ex parte* motion requesting Criminal Justice Act ("CJA") funds to pay for certified translations of defense exhibits to be used at trial.  (Mot. (Dkt. # 168) (sealed); *see also* Fin. Aff. (Dkt. # 139) (sealed); 12/21/23 Hoover Decl. (Dkt. # 160) (sealed); 1/4/24 Hoover Decl. (Dkt. # 205) (sealed).)

The court has reviewed Mr. Ruiz-Hernandez's financial affidavit (Fin. Aff.) and his attorney's declaration concerning Mr. Ruiz-Hernandez's ability to pay for trial expenses (12/21/23 Hoover Decl.).  The court finds that Mr. Ruiz-Hernandez is not able to pay for certified translations of exhibits that may be relevant to his defense.

ORDER - 1

Accordingly, the court AUTHORIZES the use of CJA funds to pay for certified translations of defense exhibits in this case. The court preauthorizes the use of up to $1,500 in CJA funds to pay Jason Schrier, 1742 NW 56th St. # 21, Seattle, WA 98107, for translation services. The court DIRECTS the Office of the Federal Public Defender to create an expert-only appointment in CJA eVoucher to pay Mr. Schrier for his services.

Dated this 8th day of January, 2024.

JAMES L. ROBART
United States District Judge