1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  |  UNITED STATES OF AMERICA,            |  CASE NO. CR22-0197JLR

11  |                      Plaintiff,        |  ORDER

12  |          v.

13  |  JESUS RUIZ-HERNANDEZ,

14  |                      Defendant.

15      Before the court is Defendant Jesus Ruiz-Hernandez's *ex parte* motion requesting

16  Criminal Justice Act ("CJA") funds to pay for translation services.  (Mot. (Dkt. # 212)

17  (sealed); *see also* Fin. Aff. (Dkt. # 139) (sealed); 12/21/23 Hoover Decl. (Dkt. # 160)

18  (sealed); 1/8/24 Hoover Decl. (Dkt. # 213) (sealed).)

19      The court has reviewed Mr. Ruiz-Hernandez's financial affidavit (Fin. Aff.) and

20  his attorney's declaration concerning Mr. Ruiz-Hernandez's ability to pay for trial

21  expenses (12/21/23 Hoover Decl.).  The court finds that Mr. Ruiz-Hernandez is not able

22  to pay for translation services that may assist his defense.

ORDER - 1

1    Accordingly, the court AUTHORIZES the use of CJA funds to pay for translation

2   services in this case, including the use of funds to translate exhibits, communicate with

3   Mr. Ruiz-Hernandez, and translate witness testimony.  The court preauthorizes the use of

4   up to $1,500 in CJA funds to pay Eliana Rey, 12118 Halleck Ave SW, Seattle, WA

5   98116, for translation services.  The court DIRECTS the Office of the Federal Public

6   Defender to create an expert-only appointment in CJA eVoucher to pay Ms. Rey for her

7   services.

8    The court previously authorized the use of CJA funds to pay Jason Schrier for

9   translation services related to defense exhibits.  (1/8/24 Order (Dkt. # 214) at 2.)  The

10   court MODIFIES that January 8, 2024 order (Dkt. # 214)  to allow Mr. Schrier to provide

11   the same translation services as authorized in this order; Mr. Schrier's services are not

12   limited to the translation of exhibits.

13    Dated this 8th day of January, 2024.

14

15
        JAMES L. ROBART
        United States District Judge

16

17

18

19

20

21

22


ORDER - 2