UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>           Defendant. | CASE NO. CR22-0197JLR<br><br>ORDER |

Before the court is Defendant Jesus Ruiz-Hernandez's *ex parte* motion for reimbursement of the costs of purchasing daily transcripts. (Mot. (Dkt. # 265 (sealed)); *see also* 1/29/24 Hoover Decl. (Dkt. # 266 (sealed)).) Counsel for Mr. Ruiz-Hernandez seeks Criminal Justice Act ("CJA") funds for costs incurred to procure transcripts during Mr. Ruiz-Hernandez's trial. (*See* 1/29/24 Hoover Decl. ¶¶ 5, 7, 9, 11.) Counsel also seeks $125.00 to purchase transcripts of the testimony of two of Mr. Ruiz-Hernandez's character witnesses to use in preparation of sentencing. (*Id.* ¶ 12.) The court has considered Mr. Ruiz-Hernandez's submissions, the relevant portions of the record, and

ORDER - 1

the governing law. Being fully advised, the court GRANTS in part and DENIES in part Mr. Ruiz-Hernandez's motion.

The CJA protects the Sixth Amendment right of indigent defendants to adequate representation. *See United States v. Parker*, 439 F.3d 81, 90-91 (2d Cir. 2006). But such funds "are a necessarily limited resource." *Id.* at 109. "As stewards of CJA resources, courts must ensure that these public funds are reserved for defendants who do not have the assets or income to afford adequate legal representation." *United States v. Gutierrez-Cruz*, 680 F. App'x 203, 205 (4th Cir. 2017).

Reimbursing the funds counsel for Mr. Ruiz-Hernandez already incurred is not necessary to afford Mr. Ruiz-Hernandez an adequate legal defense. Trial has already come to an end, and those funds could be used to cover upcoming trial-related expenses in other cases. Accordingly, the court DENIES the request for reimbursement.

The court will, however, GRANT Mr. Ruiz-Hernandez's modest request for additional funds. The court authorizes the use of $125.00 in CJA funds to pay the Court Reporter, Ms. Nancy L. Bauer, for additional transcripts to be used in preparation of sentencing. The court DIRECTS the Office of the Federal Public Defender to create an appointment in CJA eVoucher to pay Ms. Bauer directly for her services.

The court will not entertain any additional requests for reimbursements of costs counsel for Mr. Ruiz-Hernandez has already incurred.

Accordingly, the court GRANTS in part and DENIES in part Mr. Ruiz-Hernandez's *ex parte* motion for reimbursement of daily transcripts (Dkt. # 265). The court authorizes the use of $125.00 in CJA funds to purchase additional transcripts

and DIRECTS the Office of the Federal Public Defender to create an appointment in CJA eVoucher to pay Ms. Bauer for her services.

Dated this 31st day of January, 2024

JAMES L. ROBART
United States District Judge

ORDER - 3