UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>     v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>                     Defendant. | CASE NO. CR22-0197JLR<br><br>SHOW CAUSE ORDER |

      On January 23, 2024, a jury found Defendant Jesus Ruiz-Hernandez guilty of 21 of 22 counts of human trafficking and money laundering.  (*See generally* Verdict Form (Dkt. ## 251 (sealed), 252 (redacted)); 2nd Superseding Indict. (Dkt. # 54).)  The jury was unable to return a verdict, however, on Count 9 or the special interrogatory concerning Count 10.  (*See* Verdict Form at 7-9.)  On April 30, 2024, the court sentenced Mr. Ruiz-Hernandez to 240 months of imprisonment for the offenses for which the jury convicted him.  (4/30/24 Min. Entry (Dkt. # 309).)  Shortly after the sentencing hearing,

//

ORDER - 1

the court entered judgment in this matter (Judgment (Dkt. # 310)), and Mr. Ruiz-Hernandez filed his notice of appeal (Not. Appeal (Dkt. # 312)).

It was the court's understanding that Plaintiff the United States of America (the "Government") did not intend to retry Count 9 or the special interrogatory concerning Count 10. The court therefore ORDERS the Government to show cause why the court should not dismiss Count 9 and the special interrogatory concerning Count 10 of the Second Superseding Indictment. The Government must do so by no later than **12:00 p.m. PDT on Monday, May 6, 2024**.

Dated this 1st day of May, 2024.

_____
JAMES L. ROBART
United States District Judge