The Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS RUIZ-HERNANDEZ,<br>a/k/a, CHRISTO JESUS ESCOBAR SOLARES,<br><br>Defendant. | NO. CR22-197-JLR<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY CRIMINAL FORFEITURE OF REAL PROPERTY** |

THE COURT having received and reviewed the United States' Motion to Extend Time to Respond to Defendant's Motion to Stay Criminal Forfeiture of Real Property, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Extend Time to Respond to Defendant's Motion to Stay Criminal Forfeiture of Real Property is GRANTED.

The Government's response is to be filed no later than June 28, 2024.

DATED this  18th  day of  June , 2024.

_____
JAMES L. ROBART
United States District Court Judge

Order Extending Time to Respond - 1
*United States v. Jesus Ruiz-Hernandez,* CR22-197-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

_s/ Jehiel I. Baer_
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: 206-553-2242
Fax: 206-553-6934
Jehiel.Baer@usdoj.gov

Order Extending Time to Respond - 2
*United States v. Jesus Ruiz-Hernandez,* CR22-197-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970