HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>Defendant | Case No.: 2:22-cr-00197<br><br>ORDER |

THIS MATTER is before the Court on the conferenced memorandum of Brooks Holland, counsel for Mr. Ruiz-Hernandez. The Court requested this memorandum from the parties at the June 17, 2024 restitution hearing to address the Court's authority to extend the 90-day deadline for restitution until defense counsel obtains the trial transcripts under the briefing schedule in Court of Appeals Case No. 24-2759. *See* 18 U.S.C. § 3664(d)(5). [Dkt. # 340] This memorandum includes the defendant's consent to extend this deadline so defense counsel can submit supplemental briefing on restitution with access to this record.

//

//

//

//

//

//

(PROPOSED) ORDER - 1

After reviewing the conferenced memorandum, the Court extends the deadline for supplemental restitution briefing, and directs defense counsel promptly to notify the Court when he has obtained the trial transcripts in Court of Appeals Case No. 24-2759. *See generally Dolan v. United States*, 560 U.S. 605, 611 (2010). At that time, the Court will set deadlines for supplemental briefing.

Dated this  24th  of June, 2024.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER - 2