HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>Defendant | Case No.: 2:22-cr-00197<br><br>ORDER |

THIS MATTER is before the Court on the joint request of the parties to schedule supplemental restitution briefing now that defense counsel has obtained the trial transcripts necessary to address the restitution issues in this matter ([Dkt. # 344]). The Court orders that a supplemental restitution brief by the defense shall be filed by August 21, 2024. The government's response brief shall be filed by August 28, 2024. Any defense reply brief shall be filed by September 3, 2024.

Dated this 9th day of July, 2024.

HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER - 1