The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JESUS RUIZ HERNANDEZ <br><br> Defendant. | NO. CR22-197 JLR <br><br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Sealed Unopposed Motion to Redact Transcripts,

It is hereby ORDERED that the Sealed Unopposed Motion to Redact Transcripts shall remain sealed.

DATED this 16th day of July, 2024.

_____
JAMES L. ROBART
United States District Judge

Presented by:

*s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Seal - 1
*United States v. Ruiz-Hernandez* / CR22-197 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970