The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JESUS RUIZ-HERNANDEZ,<br>Defendant. | NO. CR22-197-JLR<br><br>ORDER GRANTING MOTION TO REDACT |

This matter, having come before the Court based on government's Motion to Redact Transcripts, and having considered the same, it is hereby ORDERED as follows:

The following redactions shall be made to the transcripts of the trial in this case, as well as to all hearings that are transcribed.

1) The name of the victim identified in the Second Superseding Indictment by the initials AV1 shall be redacted and replaced with "K".

2) The name of the victim identified in the Second Superseding Indictment by the initials AV2 shall be redacted and replaced with "J T".

3) The name of the victim identified in the Second Superseding Indictment by the initials AV3 shall be redacted and replaced with "Am".

4) The name of the victim identified in the Second Superseding Indictment by the initials AV4 shall be redacted and replaced with "Ab".

*U.S. v. Ruiz-Hernandez* / CR22-197 JLR
Order to Redact Transcripts - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5) The name of the victim identified in the Second Superseding Indictment by the initials AV5 shall be redacted and replaced with "J V".

6) The name of the victim identified in the Second Superseding Indictment by the initials AV6 shall be redacted and replaced with "M".

7) The name of the victim identified in the Second Superseding Indictment by the initials AV7 shall be redacted and replaced with "R".

8) The name of the trial witness with the initials J.H.T. shall be referred to as "J".

9) The name of the trial witness with the initials M.A. shall be referred to as "Man".

10) The name of the trial witness with the initials G.T.T. shall be referred to as "G".

DATED this 16th day of July, 2024.

_____
JAMES L. ROBART
United States District Court Judge

Presented by:

*s/ Catherine L. Crisham*
Catherine L. Crisham
Assistant United States Attorney

*U.S. v. Ruiz-Hernandez* / CR22-197 JLR
Order to Redact Transcripts - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970