The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR22-197 JLR |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S SUPPLEMENTAL RESTITUTION MEMORANDUM |
| v. | |
| JESUS RUIZ HERNANDEZ, | |
| Defendant. | |

THE COURT having received and reviewed the Stipulated Motion to Extend Time to Respond to Defendant's Supplemental Restitution Memorandum, and based on all the records and files in this matter, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Time to Respond to Defendant's Supplemental Restitution Memorandum is GRANTED.

The Government's response to is to be filed no later than September 4, 2024.

DATED this <u>29th</u> day of <u>August</u>, 2024.

*[signature]*

JAMES L. ROBART
United States District Court Judge

Presented by:

*/s/ Catherine L. Crisham*
CATHERINE L. CRISHAM
Assistant United States Attorney

Order to Extend Time to Respond to Defendant's Supplemental Motion - 1
*U.S. v. Ruiz Hernandez,* CR22-197 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970