UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS RUIZ-HERNANDEZ,<br><br>Defendant. | CASE NO. CR22-0197JLR<br><br>ORDER |

On April 30, 2024, the court sentenced Defendant Jesus Ruiz-Hernandez to serve 240 months in prison for trafficking seven adult victims ("AVs") and money laundering. (*See* 4/30/24 Min. Entry (Dkt. # 309); Judgment (Dkt. # 310).) The court ordered that restitution would be determined at a later time. (4/30/24 Min. Entry.) On June 17, 2024, the court held a restitution hearing and ordered the parties to file supplemental briefs after the official trial transcripts became available. (*See* 6/17/24 Min. Entry (Dkt. # 340).) The official transcripts were posted to the docket on July 3, 2024 (Dkt. ## 347-362), and the parties have filed their supplemental briefs (Def. Supp. Br. (Dkt. # 389); Gov. Supp.

1  Br. (Dkt. # 393)).  The court has considered all of the parties' submissions concerning

2  restitution (Def. Supp. Br.; Gov. Supp. Br.; Gov. Br. (Dkt. # 326); Gov. Exs. (Dkt. # 328

3  (sealed)); Def. Br. (Dkt. # 331); 6/17/24 Gov. Br. (Dkt. # 336)), the relevant portions of

4  the record, and the applicable law.  Being fully advised, the court ORDERS, as a

5  condition of Mr. Ruiz-Hernandez's supervised release, that he pay restitution in the

6  following amounts:

7      (1) $110,910.52 to AV1; and

8      (2) $321,865.99 to AV2.

9      Dated this 9th day of October, 2024.

JAMES L. ROBART
United States District Judge